In the Matter of JAMES A. DELEHANTY, as Third Deputy Police Commissioner of the City of New York, Respondent. JOHN F. SULLIVAN, Appellant.

Argued September 8, 1952; decided September 8, 1952.

*Herbert Edelhertz* and *Irving Mendelson* for appellant.

*Denis M. Hurley, Corporation Counsel (Victor J. Herwitz, Seymour B. Quel* and *Milton Mollen* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FULD, JJ. Dissenting: CONWAY, J. Not sitting: FROESSEL, J.